# EXHIBIT B

# The New York Times

## Women's March Highlights as Huge Crowds Protest Trump: 'We're Not Going Away'



Protesters on 42nd Street in front of Grand Central Terminal during the Women's March in New York.
Nicole Craine for The New York Times

By Anemona Hartocollis and Yamiche Alcindor

Jan. 21, 2017