# EXHIBIT C

# STYLISH CURVES

HOME  FASHION & STYLE»  BEAUTY»  SHOPPING»  #MyStylishCurves  PRIVACY POLICY  ABOUT

SEARCH [SEARCH]

## Best Moments From The Women's March

AUTHOR: ALISA   CATEGORIA: NEWS   DATE: JAN 23, 2017

**Hey curvy girls all over the world,**

We really don't get political here on the blog. However, I'm inspired by seeing women come together. So many women are marching in protest against Trumps Presidency. In addition, women are also taking back power from the horrific words he used in his campaign. Remember when Trump kept calling Hillary Clinton a nasty woman? Remember the vagina grabbing scandal? Well, all over social media, we are seeing women stand against him.



#WomensMarch is trending all over social media. From everyday folks to celebrities, women all over the world have joined together. Even politicians and activists like Gloria Steinem came out to speak at protests for women's rights.



LOOKING FOR MORE?
[SEARCH] SEARCH





About

## Best Moments From The Women's March

AUTHOR: ALISSA / FILED UNDER : NEWS / DATE: JAN 21, 2017

**Hey curvy girls all over the world,**

We really don't get political here on the blog. However, I'm inspired by seeing women come together. So many women are marching in protest against Trumps Presidency. In addition, women are also taking back power from the horrific words he used in his campaign. Remember when Trump kept calling Hillary Clinton a nasty woman? Remember the vagina grabbing scandal? Well, all over social media, we are seeing women stand against him.



#WomensMarch is trending all over social media. From everyday folks to celebrities, women all over the world have joined together. Even politicians and activists like Gloria Steinem came out to speak at protests for women's rights.



GLORIA STEINEM AT WOMEN'S MARCH ON WASHINGTON



Whether you like Trump or not, it's nice to see women come together. We live in a world where women are some of the most disrespected people. To have the leader of the free world say some of the worst things about women is disturbing. To have a government that wants to take away a woman's right to choose what she does with her body is worth protesting.

**LATEST VIDEOS**

Makeup Shayla X Colourpop Collection Review
Makeup Shayla and Colourpop makeup collaboration



I have been watching the news and social media all day. I'm feeling inspired by watching these women stand up and speak out. By the looks of things, it seems like more people showed up for the women's march than the inauguration. I'm just saying.



According to some media outlets a quarter of a million people around the country came together. The Women's March is not just about Trump. It's also about women's rights. I am so moved by this monumental moment in history.





Can I just keep it real and say that some of these signs are also a little funny. Nevertheless, the Women's March has made me feel inspired and empowered.

Some of my favorite moments from the March were Madonna dropping the F bomb.



Janelle Monae And Alicia Keys performing



And America Ferrera reminding us of our power.



What are your thoughts on the Women's March?

f  0   y  0   g+  0   p  0   t   ✉

COMMENTS: 1 STYLISH COMMENT / TAGS:

---

RELATED POSTS YOU MAY ALSO ENJOY

---

**‹ PREVIOUS STORY**
Cancer Fighter Amanda Ramirez Has A Powerful Body Positive Message

**NEXT STORY ›**
Ashley Nell Tipton Snags The Cover Of Fab U Plus Magazine

**NETI***

JANUARY 23, 2017 AT 9:56 PM (2 YEARS AGO)

G R E A T. I was so happy to see the turnout and to say Yes we Can again!!

REPLY

## Leave a Reply

Comment

Name*

Email*

Website

COMMENT

## LOOKING FOR MORE?

SEARCH   SEARCH




## ARCHIVES

SELECT MONTH





WRITE FOR SC    ADVERTISING    CONTACT US    PRESS

© COPYRIGHT STYLISH CURVES 2009 - 2019. ALL RIGHTS RESERVED.

⚡ SITE DESIGN : CULTIVATED BY KAY/STYLED (@MSKAMILLE) ⚡

AN ELITE CAFEMEDIA LIFESTYLE PUBLISHER