UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

NICOLE CRAINE,

        Plaintiff,        1:19-cv-03995 (BMC)

    Vs.    ~~MOTION~~ STIPULATION AND ORDER

STYLISH CURVES LLC

        Defendant
-------------------------------------------------------------X

The parties, through their respective counsel, hereby jointly move and hereby stipulate and agree, that the deadline for Defendant to respond to the Complaint is extended *nunc pro tunc* from August 2, 2019, to September 4, 2019.

Dated: Somerville, New Jersey
       August 21, 2019

LIEBOWITZ LAW FIRM, PLLC        BAKER AND RANNELLS PA

By: \_\_/s/ Richard Liebowitz\_\_    By:   \_\_/s/ Stephen L. Baker\_\_\_\_
    Richard Liebowitz              Stephen L. Baker
    Attorneys for Plaintiff           Attorneys for Defendant
    11 Sunrise Plaza, Suite 305      92 East Main St., Suite 302
    Valley Stream, New York 11580  Somerville, N.J. 08876
    516-233-1660                   908-722-5640
    rl@liebowitzlawfirm.com        s.baker@br-tmlaw.com

**SO ORDERED**.

Dated: ~~February 8,~~ August 30, 2019
~~New York~~, Brooklyn, New York

_____
                    U.S.D.J