UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE CRAINE,<br><br>       Plaintiff,<br><br> - against –<br><br>STYLISH CURVES LLC<br><br>       Defendant. | Docket No. 1:19-cv-3995 (BMC)<br><br>**NOTICE OF PROOF**<br><br>**OF PAYMENT** |

 I, RICHARD LIEBOWITZ, hereby declare under the penalty of perjury that the attached proof of payment demonstrates that $100 was paid to the Clerk of Court.

 Dated: September 11, 2019
 New York, New York

                    /s/RichardLiebowitz/
                    RICHARD LIEBOWITZ