JPMorgan Chase & Co.

**Check Search Results**

The details presented in this document were requested by the customer. Go to subsequent pages to see check details.

## Check Search Results

**Checks displayed:**

**Account number:**

**Date range:**

**Check number(s):**

**Amount:**

© 2016 JPMorgan Chase & Co.

JPMorgan Chase & Co.

```
                                                                    003357
Liebowitz Law Firm, PLLC              JPMorgan Chase Bank, N.A.
  11 Sunrise Plaza - Suite 305              1-2/210
  Valley Stream, NY 11580                                  9/3/2019
  Tel. 516-233-1660

PAY TO THE
ORDER OF   CLERK OF THE COURT                          $  **100.00

One Hundred and 00/100************************************************  DOLLARS

CLERK OF THE COURT

                                            Laura Buszta
MEMO  Re Case No. 1:19-cv-03995-BMC (Craine v. Stylish    AUTHORIZED SIGNATURE
Pymt for Plaintiffs Order Re #10 Letter Curves LLC
"003357"  :021000021:  7762119921"
```

```
                    FRB CLEVELAND
                  > 041036033 <
                  US Treas DG - OTCNET
                      09/04/2019
```

© 2016 JPMorgan Chase & Co.