UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE CRAINE<br><br>      Plaintiff,<br><br>v.<br><br>STYLISH CURVES LLC<br><br>      Defendant. | **STIPULATION OF SETTLEMENT DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(ii))**<br><br>**Case No.: 1:19-cv-3995-BMC** |

IT IS HEREBY STIPULATED by Plaintiff Nicole Craine and Defendant Stylish Curves LLC that the case has been settled and that the above case should be dismissed with prejudice with each side to bear its own costs and attorney's fees.

/s/Richard Liebowitz
Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tele: 516-233-1660
RL@LiebowitzLawFirm.com

Dated: October 23, 2019

*Attorneys for Plaintiff Nicole Craine*

/s/Stephen Baker
Stephen L. Baker
Baker and Rannells, PA
570 Lexington Avenue, 8th Fl
New York, New York 10022
212-481-7007
s.baker@br-tmlaw.com

*Attorneys for Defendant Stylish Curves LLC*