CLOSED,ACO,COPYRIGHT

# U.S. District Court
## Eastern District of New York (Brooklyn)
## CIVIL DOCKET FOR CASE #: 1:19-cv-03995-BMC

Craine v. Stylish Curves LLC  
Assigned to: Judge Brian M. Cogan  
Cause: 17:101 Copyright Infringement

Date Filed: 07/11/2019  
Date Terminated: 10/23/2019  
Jury Demand: Plaintiff  
Nature of Suit: 820 Copyright  
Jurisdiction: Federal Question

**Plaintiff**

**Nicole Craine**              represented by   **James H. Freeman**
Liebowitz Law Firm, PLLC
11 Sunrise Plaza
Suite 305
Valley Stream, NY 11580
516-233-1660
Fax: 516-612-2740
Email: jf@liebowitzlawfirm.com
*ATTORNEY TO BE NOTICED*

**Richard Liebowitz**
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 301
Valley Stream, NY 11580
516-233-1660
Fax: 516-706-7919
Email: rl@liebowitzlawfirm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Stylish Curves LLC**         represented by   **Stephen L Baker**
Baker and Rannells, PA
575 Route 28
Suite 102
Raritan, NJ 08869
908-722-5640
Fax: 908-725-7088
Email: s.baker@br-tmlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|

| Date | No. | Description |
|---|---|---|
| 07/11/2019 | 1 | COMPLAINT against Stylish Curves LLC filing fee $ 400, receipt number ANYEDC-11650344 Was the Disclosure Statement on Civil Cover Sheet completed -Yes,, filed by Nicole Craine. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Proposed Summons, # 5 Civil Cover Sheet, # 6 Copyright Form) (Liebowitz, Richard) (Entered: 07/11/2019) |
| 07/11/2019 |  | Case assigned to Judge Brian M. Cogan. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Bowens, Priscilla) (Entered: 07/11/2019) |
| 07/11/2019 | 2 | Summons Issued as to Stylish Curves LLC. (Bowens, Priscilla) (Entered: 07/11/2019) |
| 07/11/2019 | 3 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences**. **Do NOT return or file the consent unless all parties have signed the consent.** (Bowens, Priscilla) (Entered: 07/11/2019) |
| 07/11/2019 | 4 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. (Bowens, Priscilla) (Entered: 07/11/2019) |
| 07/11/2019 | 5 | Notice of Report on the Filing or Determination of an Action or appeal Regarding a Copyright. (Attachments: # 1 complaint) (Rocco, Christine) (Entered: 07/11/2019) |
| 07/12/2019 | 6 | SCHEDULING ORDER: Initial Status Conference is set for 8/21/2019 at 5:15 PM **in Chambers 704S. SEE ATTACHED MANDATORY REQUIREMENTS FOR THE CONFERENCE.** Ordered by Judge Brian M. Cogan on 7/12/2019. (Weisberg, Peggy) (Entered: 07/12/2019) |
| 08/20/2019 | 7 | MOTION to Adjourn Conference by Nicole Craine. (Liebowitz, Richard) (Entered: 08/20/2019) |
| 08/20/2019 |  | ORDER deferring ruling on 7 . The Court will not rule on this motion unless plaintiff files proof of service of the summons and complaint as required by Fed. R. Civ. P. 4(l)(1) or advises the Court that service has not yet been made. Ordered by Judge Brian M. Cogan on 8/20/2019. (Weisberg, Peggy) (Entered: 08/20/2019) |
| 08/20/2019 | 8 | SUMMONS Returned Executed by Nicole Craine. Stylish Curves LLC served on 7/12/2019, answer due 8/2/2019. (Liebowitz, Richard) (Entered: 08/20/2019) |
| 08/20/2019 |  | ORDER granting 7 Motion to Adjourn Conference on condition that plaintiff requests entry of default from the Clerk by close of business 8/21/2019. Ordered by Judge Brian M. Cogan on 8/20/2019. (Weisberg, Peggy) (Entered: 08/20/2019) |
| 08/26/2019 |  | ORDER. Plaintiff has failed to either request entry of default from the Clerk by close of business 8/21/2019 or show up for the Initial Status Conference scheduled for 8/21/2019. Plaintiff was required to do one or the other by the Court's 8/20/2019 |

|  |  |  |
|---|---|---|
|  |  | Order. Pursuant to Fed. R. Civ. P. 16(f), plaintiff's counsel is sanctioned in the amount of $100, payable to the Clerk of Court within 7 days, with proof of payment filed on the docket of this action. Plaintiff is further advised that if he does not request entry of default from the Clerk within that same 7 days, this action will be dismissed. Ordered by Judge Brian M. Cogan on 8/26/2019. (Weisberg, Peggy) (Entered: 08/26/2019) |
| 08/30/2019 | 9 | STIPULATION *Extending Time to Answer Complaint* by Nicole Craine (Liebowitz, Richard) (Entered: 08/30/2019) |
| 08/30/2019 | 10 | Letter by Nicole Craine (Liebowitz, Richard) (Entered: 08/30/2019) |
| 09/03/2019 | 11 | ORDER TO ANSWER is extended nunc pro tunc to 9/4/2019. ( Ordered by Judge Brian M. Cogan on 8/30/19 ) (Guzzi, Roseann) (Entered: 09/03/2019) |
| 09/03/2019 |  | ORDER re: 10 Letter. The request to vacate sanction denied. Plaintiff's counsel was required to take the action ordered by this Court no later than 8/21/2019. Whatever his interactions with non-appearing defense counsel, he made no effort to even contact this Court until 8/30/2019, let alone comply with its Order. Court Orders may not be ignored. The $100 sanction remains pursuant to Fed. R. Civ. P. 16(f) stands and must be paid forthwith with proof of payment filed on the docket.<br><br>In addition, the Court resets the Initial Status Conference for 9/11/2019 at 12:30 pm in Courtroom 8D South and the parties are reminded to comply with the mandatory requirements for the conference set forth at 6 . Mr. Liebowitz is directed to attend this conference personally, not send some other lawyer.<br><br>Finally, in any future filings with the Court, counsel must include in the ECF subject line a brief description of the subject of any filing, in this case, "Letter requesting that sanction imposed by the Court be vacated", not simply "Letter", so that the docket remains intelligible. Furthermore, this letter should have been designated as an ECF event Letter "Motion" since it seeks relief from the Court. Do not refile the letter. Ordered by Judge Brian M. Cogan on 9/3/2019. (Weisberg, Peggy) (Entered: 09/03/2019) |
| 09/09/2019 | 12 | Second MOTION for Extension of Time to File Answer *to Complaint* by Stylish Curves LLC. (Baker, Stephen) (Entered: 09/09/2019) |
| 09/09/2019 | 13 | *Defendant's* ANSWER to 1 Complaint, by Stylish Curves LLC. (Baker, Stephen) (Entered: 09/09/2019) |
| 09/10/2019 | 14 | REPORT of Rule 26(f) Planning Meeting (Attachments: # 1 Joint Statement) (Liebowitz, Richard) (Entered: 09/10/2019) |
| 09/10/2019 | 15 | ORDER granting 12 Motion for Extension of Time to Answer Stylish Curves LLC extended nunc pro tunc from 8/2/19 to 9/10/2019. ( Ordered by Judge Brian M. Cogan on 9/10/2019 ) (Guzzi, Roseann) (Entered: 09/10/2019) |
| 09/10/2019 | 16 | NOTICE of Appearance by James H. Freeman on behalf of Nicole Craine (aty to be noticed) (Freeman, James) (Entered: 09/10/2019) |
| 09/11/2019 | 17 | NOTICE by Nicole Craine re Order,, *Proof of Payment* (Attachments: # 1 Exhibit Proof Payment) (Liebowitz, Richard) (Entered: 09/11/2019) |

| | | | |
|---|---|---|---|
| 09/11/2019 | | | Minute Entry and Order for Initial Status Conference held before Judge Brian M. Cogan on 9/10/2019. Counsel for both sides present. The Court set the following discovery schedule: the parties shall exchange their Rule 26(a)(1) disclosures by 9/25/2019; serve written discovery requests and interrogatories by 10/9/2019; produce their documents by 11/8/2019; and finish all fact discovery by 12/9/2019. See transcript for details (Court Reporter: Michele Nardone) (Clarke, Melonie) (Entered: 09/11/2019) |
| 10/23/2019 | | 18 | STIPULATION of Dismissal *and Settlement* by Nicole Craine (Liebowitz, Richard) (Entered: 10/23/2019) |
| 10/23/2019 | | | Civil Case Terminated as per parties' Rule 41 stipulation. Ordered by Judge Brian M. Cogan on 10/23/2019. (Cogan, Brian) (Entered: 10/23/2019) |